UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Kevin J. Rogers

v.

Case No. 16-cv-111-SM

Monica Cunningham, et al.



O R D E R


    After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 26, 2016, for the reasons set forth therein.

    All claims for injunctive relief asserted in this action are hereby dismissed.  All claims for damages are hereby dismissed, with the exception of Claim 1(c) asserted against the private party defendants.  Claim 1(c) is stayed pursuant to the magistrate judge's Order dated May 26, 2016.  Claims 4(a) and 5, State Law tort claims, are dismissed without prejudice to refiling in state court.  Defendants Sgt. Cunningham and Attorney Sawyer are hereby dismissed from this action.

SO ORDERED.

Steven J. McAuliffe
United States District Judge

Date: June 29, 2016

cc:   Kevin J. Rogers, pro se